# EXHIBIT 2

# EXHIBIT 2

## AUTOMOTIVE PARTS ANTITRUST LITIGATION, 12-MD-02311, INSTRUMENT PANEL CLUSTERS, 2:12-CV-00201-MOB-MKM

### REQUESTS FOR EXCLUSION FROM THE DIRECT PURCHASER YAZAKI SETTLEMENT CLASS

1. FORD MOTOR COMPANY

2. GENERAL MOTORS LLC, GENERAL MOTORS COMPANY, GENERAL MOTORS HOLDINGS LLC

3. TOYOTA

   - Toyota Motor North America, Inc.
   - Toyota Motor Engineering & Manufacturing North America, Inc.
   - Toyota Motor Sales U.S.A., Inc.
   - Toyota Motor Manufacturing, Indiana, Inc.
   - Toyota Motor Manufacturing, Kentucky, Inc.
   - Toyota Motor Manufacturing
   - Toyota Motor Corporate Service
   - Toyota Motors of America
   - Toyota Motor Manufacturing de Baja California, S. de R.L. de C.V.
   - Toyota Motor Manufacturing, West Virginia, Inc.
   - Toyota Motor Manufacturing, Alabama, Inc.
   - Toyota Motor Manufacturing, Texas, Inc.
   - Toyota Motor Manufacturing Canada, Inc.
   - Toyota Motor Corporation
   - Toyota Motor Engineering
   - New United Motor Manufacturing, Inc.
   - Bodine Aluminum, Inc.
   - TABC, Inc.
   - Canadian Autoparts Toyota Inc.
   - Toyota Motor Manufacturing de Guanajuato, S.A. de. C.V.
   - Toyota Motor Manufacturing California, Inc.
   - Toyota Motor Manufacturing, Northern Kentucky, Inc.