UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: INSTRUMENT PANEL CLUSTERS CASES** | |
| **THIS DOCUMENT RELATES TO:**<br>**DIRECT PURCHASER ACTIONS** | 2:12-cv-00201-MOB-MKM |

**ORDER GRANTING *INSTRUMENT PANEL CLUSTERS* DIRECT PURCHASER PLAINTIFFS' MOTION TO SEAL**

Before the Court is Direct Purchaser Plaintiffs' ("DPPs") Motion to Maintain Seal (Doc. No. 204) related to certain sections of the Memorandum in Support of the Motion for Summary of Defendants Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC, and Continental Automotive Korea Ltd.[1] (Doc. No. 188, publicly filed February 22, 2018) (Doc. No. 191, filed with redactions February 23, 2018) ("Memorandum") and certain sections of the supporting exhibits to the Memorandum.[2]

---

[1] On April 2, 2018, Direct Purchaser Plaintiff ACAP, L.L.C, f/k/a Aguirre, Collins & Aikman Plastics, LLC, Defendants DENSO Corporation and DENSO International America, Inc., and Defendants Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC, and Continental Automotive Korea Ltd. filed a Stipulation of Dismissal to dismiss this action with prejudice. *See* Doc. No. 203.

[2] Despite Continental's filing of redacted versions of the Memorandum and Exhibit A on February 23, 2018, unredacted copies of the Memorandum and Exhibit A were publicly filed on the docket the day before and remain unsealed on the docket.

1

The Court FINDS that the following sections of the Memorandum and supporting exhibits should remain under seal because they contain DPPs' competitively sensitive downstream pricing and profit information:

| Document | Location of Confidential Information |
|---|---|
| Doc. No. 188 | Page 4, paragraph 1, sentences 2, 3 and 5; Page 15, paragraph 1, sentence 3 |
| Doc. No. 188-2 | Page 12, Dep. Tr. 77:9-25; Page 13, Dep. Tr. 96:23-97:1; 97:8-22; Pages 15-16, in their entirety; Pages 18-28, in their entirety |
| Doc. No. 191 | Page 4, paragraph 1, sentences 2, 3 and 5; Page 15, paragraph 1, sentence 3 |
| Doc. No. 191-2 | Page 12, Dep. Tr. 77:9-25; Page 13, Dep. Tr. 96:23-97:1; 97:8-22; Pages 15-16, in their entirety |

It is hereby ORDERED that the foregoing documents shall be maintained under seal as indicated herein. The moving party will publicly file redacted versions of the same documents.

**IT IS SO ORDERED.**

Date:   August 23, 2018

                                                   s/Marianne O. Battani
                                                   MARIANNE O. BATTANI
                                                   United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 23, 2018.

                                                      s/ Kay Doaks
                                                      Case Manager