# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| _____ | : | |
| In Re:  AUTOMOTIVE PARTS | : | 12-md-02311 |
| ANTITRUST LITIGATION | : | Honorable Marianne O. Battani |
| _____ | : | |
| | : | |
| In Re: INSTRUMENT PANEL | : | |
| CLUSTERS | : | |
| | : | |
| _____ | : | |
| | : | |
| THIS RELATES TO: | : | 2:12-cv-00201-MOB-MKM |
| ALL DIRECT PURCHASER ACTIONS | : | |
| _____ | : | |

## DECLARATION OF RYAN KAO RE DISSEMINATION OF
## NOTICE OF PROPOSED PLAN OF DISTRIBUTION OF
## NIPPON SEIKI AND YAZAKI SETTLEMENT FUND

I, Ryan Kao, hereby declare as follows:

1.      I am a Senior Project Manager for Epiq Class Action & Claims Solutions, Inc.

("Epiq"), the Settlement Administrator in the above-captioned case.  I am familiar with the actions

taken by Epiq with respect to the settlements reached in this case between the Direct Purchaser

Plaintiffs and the Nippon Seiki and Yazaki Defendants, as well as the corresponding Class Notice

program relating to the proposed plan of distribution of the Nippon Seiki and Yazaki Settlement

Fund.  This declaration is based upon my personal knowledge and information provided by

Defendants' counsel, Plaintiffs' counsel, and employees and staff under my supervision and is

accurate and truthful to the best of my knowledge.

2.      Epiq was established in 1968 as a client services and data processing company.

Epiq has been administering bankruptcies since 1985 and settlements since 1993, including

settlements of class actions, mass tort litigations, Securities and Exchange Commission

enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation.

3.    Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled.  Epiq's class action case administration services include: coordination of all notice requirements; design of direct-mail notices; establishment and implementation of notice fulfillment services; coordination with the United States Postal Service ("USPS"); notice website development and maintenance; dedicated telephone lines with recorded information and/or telephone agents; receipt and processing of opt-outs; claims database management; claim adjudication; funds management; and award calculations and distribution services.  Epiq works with the settling parties, the Court, and the Class Members in a neutral facilitation role to implement settlement administration services based on the negotiated terms of a settlement.

## OVERVIEW OF EPIQ'S RESPONSIBILITIES AS THE SETTLEMENT ADMINISTRATOR

4.    Epiq's responsibilities included the following:

a.    Printing the Court-approved Direct Purchaser Class Notice and Claim Form ("NSY Claim Package") to be sent to putative Class Members;

b.    Searching the National Change of Address ("NCOA") database for updated addresses, if any, for putative Class Members;

c.    Mailing the NSY Claim Package by USPS First-class mail to putative Class Members;

d.    Causing the Summary Publication Notice to be placed in one edition of *Automotive News* and in the national edition of *The Wall Street Journal*;

e.  Maintaining a toll-free telephone number with customer service telephone agents and an option to request a call back if reached during non-business hours; and

f.  Maintaining an informational website that provides the public access to pertinent documents and settlement information.

## CLASS NOTICE

5.      In preparation for mailing the NSY Claim Packages, Epiq received lists of potential Settlement Class members from Settlement Class Counsel.  Epiq then submitted the names and addresses of those potential Class Members to cross-reference with the NCOA database for updated address information.  By eliminating duplicate records and invalid mailing addresses, Epiq refined the database to include 351 names and addresses of potential Class Members.

6.      On August 16, 2018, Epiq mailed the NSY Claim Package by first class mail, postage prepaid, to the 351 potential Class Members.  A copy of the NSY Claim Package is attached hereto as Exhibit A.

7.      As of October 25, 2018, Epiq has received a total of 67 NSY Claim Packages returned by the U.S. Postal Service as undeliverable and has remailed 30 NSY Claim Packages to those records.  As of October 25, 2018, there are 37 records that remain undeliverable.

## PUBLICATION NOTICE

8.      Epiq caused the publication of the Summary Publication Notice in one edition of *Automotive News* on August 27, 2018, and in the national edition of *The Wall Street Journal,* on August 27, 2018.  Confirmation of the publication and copies of the Summary Publication Notice as it appeared in *Automotive News* and *The Wall Street Journal* are attached hereto as Exhibit B.

## SETTLEMENT WEBSITE

9.      On August 16, 2018, Epiq updated portions of the public settlement website to provide Direct Purchase Class Members with information related to the proposed settlements. The domain name for the website is www.AutoPartsAntitrustLitigation.com/ipc. The website provides general case information and links to important documents, including the Settlement Agreements, the NSY Claim Package, and other documents related to the settlements.

10.     As of October 25, 2018, there have been 1796 page views and 138 unique visitors to the settlement website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of October, 2018 in New York, New York.

Ryan Kao
Senior Project Manager, Client Services | Epiq

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: INSTRUMENT PANEL CLUSTERS | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00201-MOB-MKM |

## NOTICE

## NOTICE OF HEARING ON PROPOSED PLAN OF DISTRIBUTION OF THE NIPPON SEIKI AND YAZAKI SETTLEMENT FUND, AND SETTLEMENT CLASS COUNSEL'S REQUESTS FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN INCENTIVE PAYMENT TO THE CLASS REPRESENTATIVE

TO:    ALL DIRECT PURCHASERS OF INSTRUMENT PANEL CLUSTERS IN THE UNITED STATES DIRECTLY FROM ANY OF THE DEFENDANTS FROM JANUARY 1, 1998 THROUGH DECEMBER 27, 2016.

PLEASE READ THIS NOTICE CAREFULLY.  YOUR LEGAL RIGHTS MAY BE AFFECTED BY LITIGATION NOW PENDING IN THIS COURT.

**WHAT IS THE PURPOSE OF THIS NOTICE AND WHY WAS IT SENT TO ME?**

This Notice is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Michigan, Southern Division. The purpose of this Notice is to inform you of a hearing before the Court to consider:

(1) A proposed plan of distribution of the Nippon Seiki and Yazaki settlement proceeds to Settlement Class members and a proposed Claim Form that you may submit in order to share in the Settlement Fund proceeds; and

(2) Settlement Class Counsel's requests for an award of attorneys' fees and reimbursement of their litigation costs and expenses, and an incentive payment to the Class Representative.

This Notice provides information concerning the proposed plan of distribution, and the requests for an award of attorneys' fees and expenses and an incentive payment to the Class Representative.  The Notice also advises you of your rights to participate in the settlement claims process and to object to the plan of distribution, to the requests for fees and expenses, and to an incentive payment to the Class Representative in connection with the Court hearing on these matters.

## BACKGROUND

This class action lawsuit is part of coordinated legal proceedings involving a number of parts used in motor vehicles. This litigation, and the proposed settlement, relate solely to Instrument Panel Clusters purchased **directly** from a Defendant. For purposes of the settlement, Instrument Panel Clusters (also referred to as meters) means the mounted array of instruments and gauges housed in front of the driver of a motor vehicle.

You were previously notified of the existence of this class action, the nature of the Plaintiff's claims, and settlements with Defendants Nippon Seiki Co. Ltd., N.S. International Ltd., and New Sabina Industries, Inc. (collectively, "Nippon Seiki") in the amount of $5.25 million, and with Defendants Yazaki Corporation and Yazaki North America, Inc. (collectively, "Yazaki") in the amount of $2.5 million. Those settlements, in the total amount of $7.75 million (the "Settlement Fund"), were previously approved by the Court in Orders dated December 4, 2014 and March 13, 2018, respectively.

The other Defendants in this action, Continental Automotive Electronics LLC, Continental Automotive Korea Ltd. Continental Automotive Systems, Inc., Denso Corporation, and Denso International America, have been dismissed from this action. Thus, the proposed plan of distribution and the requests for an award of attorneys' fees and expenses and an incentive payment to the Class Representative will, if approved by the Court, bring this litigation to a conclusion.

## WHO IS IN THE NIPPON SEIKI AND YAZAKI SETTLEMENT CLASSES?

The Court previously certified a Direct Purchaser Nippon Seiki Settlement Class (the "Nippon Seiki Settlement Class") and a Direct Purchaser Yazaki Settlement Class (the "Yazaki Settlement Class").

The Nippon Seiki Settlement Class is defined as follows:

> All persons or entities (but excluding Defendants, their officers, directors and employees, as well as Defendants' parents, predecessors, successors, subsidiaries, and affiliates) who purchased Instrument Panel Clusters in the United States, its territories and possessions, directly from any Defendant, including Settling Defendants, or from any of their parents, predecessors, successors, subsidiaries, or affiliates, during the period from January 2001 up to and including May 16, 2014.

For purposes of the Nippon Seiki Settlement Class definition, the following are Defendants: Yazaki Corporation; Yazaki North America Inc.; Nippon Seiki Co. Ltd.; N.S. International Ltd.; New Sabina Industries, Inc.; Denso Corporation; and Denso International America, Inc.

The Yazaki Settlement Class is defined as follows:

> All direct purchasers of motor vehicle Instrument Panel Clusters in the United States directly from any of the Defendants (or their controlled subsidiaries, affiliates or joint ventures) from January 1, 1998 through December 27, 2016.

For purposes of the Yazaki Settlement Class definition, the following are Defendants: Yazaki Corporation; Yazaki North America, Inc.; Continental Automotive Electronics LLC; Continental Automotive Korea Ltd.; Continental Automotive Systems, Inc.; Denso Corporation; Denso International America, Inc.; Nippon Seiki Co. Ltd.; N.S. International Ltd.; and New Sabina Industries, Inc.

## HOW WILL THE SETTLEMENT FUND BE DISTRIBUTED?

You were previously asked to decide whether you wanted to remain in the Nippon Seiki and Yazaki Settlement Classes. With respect to each of those Settlement Classes, you are bound by the decision you made.

If you remained a member of either of the Settlement Classes and you wish to share in the settlement proceeds attributable to that settlement, you must complete and timely return a copy of the Claim Form that is included with this Notice. Any Claim Form submitted electronically must be submitted **on or before November 28, 2018**. Any Claim Form submitted via mail must be **postmarked on or before November 28, 2018**, and sent to the following address:

> Instrument Panel Clusters Direct Purchaser Antitrust Litigation
> P.O. Box 5110
> Portland, OR 97208-5110

Any Settlement Class member who does not complete and submit a valid and timely Claim Form will not be entitled to share in the Settlement Fund proceeds. The Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and settlement administration costs and expenses, and an incentive payment for the Class Representative (the "Net Settlement Fund"), will be distributed among Settlement Class members who file a timely and valid Claim Form ("Claimants"). The Net Settlement Fund will be distributed *pro rata* to all Claimants based upon their **direct** purchases in the United States from Defendants during the period from (a) January 2001 through and including May 16, 2014 (as to the Nippon Seiki settlement proceeds), and (b) January 1, 1998 through December 27, 2016 (as to the Yazaki settlement proceeds). The distribution will take place as soon as practicable after review, verification, and audit of Claim Forms by the Settlement Administrator and approval by the Court of the Settlement Administrator's recommendations as to the amounts to be paid to the Claimants.

**Please do not dispose of any document that reflects payments for your direct purchases of Instrument Panel Clusters in the United States from any Defendant during the period from January 1, 1998 through December 27, 2016. You may need those documents to complete and substantiate your Claim Form, which will be subject to inquiry and verification.**

## REQUEST FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE PAYMENT

The Court has appointed the law firms identified below as Settlement Class Counsel. These law firms, together with other firms that have worked on this litigation, will file a petition for an award of attorneys' fees and reimbursement of the costs and expenses they have incurred in prosecuting the case. The request of Settlement Class Counsel for attorneys' fees will not exceed 33 1/3 percent of the Settlement Fund. Settlement Class Counsel will also request an incentive payment to the Class Representative in the amount of $15,000.

The application for attorneys' fees and litigation costs and expenses, and an incentive payment will be filed on or before September 17, 2018. If you remained a member of either the Nippon Seiki Settlement Class or the Yazaki Settlement Class and you wish to object to the requests for fees and expenses or the request for an incentive payment to the Class Representative, you must do so in writing in accordance with the procedures for objections set forth below. If you do not oppose any of these requests, you do not need to take any action in that regard.

## WHEN WILL THE COURT CONSIDER THESE MATTERS AND HOW CAN I TELL THE COURT WHAT I THINK?

The Court will hold a hearing on November 8, 2018, at 11 a.m., at the Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226, Courtroom 737 (or such other courtroom as may be assigned for the hearing), to determine whether to approve the proposed plan of distribution of the Settlement Fund, and Settlement Class Counsel's requests for an award of attorneys' fees and expenses and an incentive payment to the Class Representative. The hearing may be rescheduled, continued or adjourned, and the courtroom assigned for the hearing may be changed, without further notice to you.

If you remained a member of either the Nippon Seiki or the Yazaki Settlement Class and you wish to object to the proposed plan of distribution of the Settlement Fund, or to Settlement Class Counsel's requests for an award of attorneys' fees and litigation expenses and an incentive payment to the Class Representative, you must do so in writing and at your own expense. Any such objection must include the caption of this litigation, must be signed, and must be **filed no later than October 5, 2018**, with the Clerk of Court, United States District Court for the Eastern District of Michigan, Southern Division, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226, and mailed to the following counsel, **postmarked no later than October 5, 2018**:

Gregory P. Hansel
PRETI, FLAHERTY, BELIVEAU
 & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000

Joseph C. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

Steven A. Kanner
FREED KANNER LONDON
 & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500

Eugene A. Spector
SPECTOR ROSEMAN
 & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

*Co-Lead Counsel for the Direct Purchaser Settlement Classes*

A. Paul Victor
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

*Counsel for the Nippon Seiki Defendants*

John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939

*Counsel for the Yazaki Defendants*

If you do not object to the proposed plan of distribution of the Settlement Fund, or to Settlement Class Counsel's requests for attorneys' fees and expenses or the incentive payment, you do not need to appear at the hearing or take any other action at this time. **You must, however, complete and timely submit a Claim Form if you wish to share in the distribution of the Settlement Fund.**

## WHAT SHOULD I DO IF I WANT ADDITIONAL INFORMATION OR IF MY ADDRESS CHANGES?

If this Notice reached you at an address other than the one on the mailing label, or if your address changes, please send your correct address to Instrument Panel Clusters Direct Purchaser Antitrust Litigation, P.O. Box 5110, Portland, OR 97208-5110.

The Settlement Agreements and other public documents filed in this litigation are available for review during normal business hours at the offices of the Clerk of Court, United States District Court for the Eastern District of Michigan, Southern Division, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226. Copies of the Settlement Agreements and certain other documents relevant to this litigation are available at www.AutoPartsAntitrustLitigation.com. In addition, all documents filed in the case may be obtained through the Public Access to Court Electronic Records system, after registration and payment of the required fees. Questions concerning the Nippon Seiki and Yazaki settlements, the proposed plan of distribution, or the other matters discussed in this Notice may be directed to any of the Settlement Class Counsel identified above.

**Please do not contact the Clerk of the Court or the Judge.**

DATED: AUGUST 16, 2018

BY ORDER OF:

Honorable Marianne O. Battani
The United States District Court for the Eastern District of
Michigan, Southern Division

<<MainID>>                                                                                            Tracking Number: <<#####>>

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311** **HON. MARIANNE O. BATTANI** |
| **In Re: INSTRUMENT PANEL CLUSTERS** | |
| **THIS RELATES TO:** **ALL DIRECT PURCHASER ACTIONS** | **2:12-cv-00201-MOB-MKM** |

**IMPORTANT NOTICE TO PURCHASERS OF INSTRUMENT PANEL CLUSTERS**
**PLEASE READ THIS ENTIRE DOCUMENT CAREFULLY**

**YOU MUST COMPLETE AND MAIL A CLAIM FORM, POSTMARKED ON OR BEFORE NOVEMBER 28, 2018, TO BE ELIGIBLE TO SHARE IN THE DISTRIBUTION OF THE PROCEEDS OF SETTLEMENTS WITH THE NIPPON SEIKI AND YAZAKI DEFENDANTS**

## INSTRUCTIONS FOR COMPLETING A CLAIM FORM

If you are a **direct** purchaser of Instrument Panel Clusters (and you have remained in either or both of the Nippon Seiki and Yazaki Settlement Classes), you may be entitled to share in the distribution of the Nippon Seiki and Yazaki settlement proceeds (the "Settlement Fund"). To receive your share of the Settlement Fund, you or a person you have authorized to act on your behalf must submit a timely and valid Claim Form in accordance with the instructions set forth herein.

Please note that if you have chosen to be excluded from the Nippon Seiki Settlement Class you may not participate in the distribution of the Nippon Seiki settlement proceeds, and if you have chosen to be excluded from the Yazaki Settlement Class you may not participate in the distribution of the Yazaki settlement proceeds.

**Eligibility:** You are eligible to submit a claim seeking to share in the distribution of the Settlement Fund in this litigation if, during the period from January 1, 1998 to December 27, 2016 (the "Class Period"), you purchased Instrument Panel Clusters in the United States **directly** from one or more of the following companies: (1) Yazaki Corporation; (2) Yazaki North America, Inc.; (3) Nippon Seiki Co. Ltd.; (4) N.S. International Ltd.; (5) New Sabina Industries, Inc.; (6)  Continental Automotive Korea Ltd.; (7) Continental Automotive Systems, Inc.; (8) Denso Corporation; or (9) Denso International America, Inc.

As used here, "Instrument Panel Clusters" (also referred to as meters) means the mounted array of instruments and gauges housed in front of the driver of a motor vehicle.

**Submission of Claim:** If you are submitting a paper Claim Form, the Claim Form must be signed and verified by the claimant or a person authorized to act on behalf of the claimant, and must be **postmarked no later than November 28, 2018**. Paper Claim Forms should be addressed to:

Settlement Administrator
Instrument Panel Clusters Direct Purchaser Antitrust Litigation
P.O. Box 5110
Portland, OR 97208-5110

Claim Forms may also be submitted electronically via the settlement website, www.AutoPartsAntiTrustLitigation.com/IPC. If you submit an electronic Claim Form you will be given a submission confirmation number and the ability to provide a digital version of the Schedule of Purchases. Electronic Claim Forms must be **submitted no later than November 28, 2018**.

Unique Identifier: <<#####>>





Do **not** send your Claim Form to the Court or to any of the parties or their counsel.  If you receive multiple copies of the Claim Form, complete only one Claim Form covering all of your qualifying purchases. Do not submit more than one claim, and do not submit duplicate claims.

A Claim Form received by the Settlement Administrator shall be deemed to have been submitted (1) when it is submitted online, or (2) when it is posted, if it is addressed in accordance with the above instructions and mailed by **November 28, 2018**, and a postmark is indicated on the envelope. In all other cases, the Claim Form shall be deemed to have been submitted when it is actually received by the Settlement Administrator.

Please note that it will take a significant amount of time to process all of the Claim Forms and to administer the Settlement Fund. This work will be completed as promptly as time permits, given the need to review each Claim Form.  Accurate claims processing takes a significant amount of time. Thank you for your patience.

### REMINDER: YOU MAY SUBMIT YOUR CLAIM ELECTRONICALLY AT WWW.AUTOPARTSANTITRUSTLITIGATION.COM/IPC.

**Photocopies of Form:** A claim may be submitted on a photocopy of the Claim Form.  Other forms, or altered versions of the Claim Form, will not be accepted. Additional copies of the Claim Form may be requested from the Settlement Administrator or obtained at the settlement website www.AutoPartsAntitrustLitigation.com/IPC.

**Completion and Support of Claim:** Please type or neatly print all requested information.  Failure to complete all parts of the Claim Form may result in denial of the claim, delay its processing, or otherwise adversely affect the claim. All information submitted in a Claim Form is subject to further inquiry and verification. The Settlement Administrator may ask you to provide supporting information. Failure to provide requested information also might delay, adversely affect, or result in denial of the claim.

The Claim Form asks for certain information relating to your purchases of Instrument Panel Clusters, a description of available documentation that supports your claimed purchases, and summary totals of your purchases from each Defendant and for each year during the class period.

### ONLY INCLUDE IN YOUR CLAIM FORM PURCHASES OF INSTRUMENT PANEL CLUSTERS IN THE UNITED STATES *DIRECTLY* FROM ONE OR MORE OF THE COMPANIES LISTED ABOVE UNDER THE "ELIGIBILITY" HEADING DURING THE PERIOD FROM JANUARY 1, 1998 TO DECEMBER 27, 2016.

### INDIRECT PURCHASES ARE NOT ELIGIBLE.

**Schedule of Purchases: General Worksheet:** Please fill out the Schedule of Purchases: General Worksheet with the company names, products purchased, and purchase totals for each year of the Class Period (January 1, 1998 to December 27, 2016) in which you directly purchased Instrument Panel Clusters in the United States. If you have questions regarding the completion of the Schedule of Purchases, please contact the Settlement Administrator via email at Info@AutoPartsAntitrustLitigation-ipc.com, or by calling 1-800-574-2375.

**Claims of Separate Entities:** Each corporation, trust, or other business entity making a claim must submit its claim on a separate Claim Form.

**Taxpayer Identification Number:** A Claim Form is not complete without the federal taxpayer identification number of the claimant.

**Keep a Copy:** You should keep a copy of your completed Claim Form for your records. You should also retain all of your documents and records relating to **direct** purchases of Instrument Panel Clusters in the United States from any of the listed companies during the period from January 1, 1998 to December 27, 2016. As part of the claims administration process, you may be required to verify certain information about your Instrument Panel Clusters purchases such as the product(s) purchased, the dollar amount(s), the date(s) of the purchases, and the company(ies) from which you **directly** purchased the Instrument Panel Clusters. You may be asked to submit purchase records to verify your claim.

**Confirmation of Receipt of Claim:** The receipt of paper Claim Forms will **not** be confirmed or acknowledged automatically by the Settlement Administrator. If you wish to have confirmation that your Claim Form has been received, send it by certified mail, return receipt requested. If you submit an electronic Claim Form through the settlement website you will receive a confirmation code.

Unique Identifier: <<#####>>

 02-CA8290
V3002 v.08 08.07.2018

2

 NSY

**Assistance:** If you have any questions concerning this Claim Form or need additional copies, contact the Settlement Administrator at Instrument Panel Clusters Direct Purchaser Antitrust Litigation, P.O. Box 5110, Portland, OR 97208-5110, via email at Info@AutoPartsAntitrustLitigation-ipc.com, or by calling 1-800-574-2375. You may also contact your own attorney or other person to assist you, at your own expense.

---

**NOTICE REGARDING SOLICITATIONS FROM CLAIMS ASSISTANCE COMPANIES: THERE ARE COMPANIES THAT CONTACT CLASS MEMBERS TO OFFER ASSISTANCE IN FILING A CLAIM IN EXCHANGE FOR A PORTION OF ANY SETTLEMENT FUNDS THE CLASS MEMBER MAY RECOVER. THESE COMPANIES ARE NOT AFFILIATED WITH PLAINTIFFS OR DEFENDANTS OR THEIR COUNSEL, AND YOU DO NOT NEED TO USE THEM TO FILE A CLAIM.**

Unique Identifier: <<#####>>

03-CA8290
V3003 v.08 08.07.2018



# CLAIM FORM

## I. IDENTITY OF CLAIMANT

Please indicate whether the person filing this claim is a direct filer or a third party filer (select only one):

☐ **Direct Filer** (you, or your company, made the direct purchases of Instrument Panel Clusters during the Class Period)

☐ **Third Party Filer** (you, or your company, are authorized to file this claim on behalf of the claimant listed below)

If you selected "**Direct Filer**," please indicate your (the claimant's) name and contact information in Section II ("Claimant Information"). Then, skip Section III, and proceed directly to Section IV.

If you selected "**Third Party**," please indicate the claimant's name and contact information in Section II ("Claimant Information"). Then, please provide your filer information in Section III ("Third Party Filer Information"), before proceeding to Section IV. Please note: If you selected "**Third Party Filer**," correspondence concerning this claim will be directed to the contact person provided in "Third Party Filer Information."

## II. CLAIMANT INFORMATION

Claimant Name (Individual or Entity):

Address 1:

Address 2:

City:                                                         State:       ZIP Code:

Country:

Contact Person:

Contact Person E-Mail Address:

Contact Person Phone Number:

Claimant is a (Check one):

☐ Corporation      ☐ Individual      ☐ Trustee in Bankruptcy      ☐ Partnership

If the claimant on whose behalf this claim is being submitted acquired the rights that are the basis of their claim from some other person or entity (as assignee, transferee, successor or otherwise), please check the box below and attach copies of legal documents that support the acquisition of your claim.

☐ This claim is based upon an assignment or transfer and I have attached copies of supporting legal documents.

**PLEASE PROMPTLY NOTIFY THE SETTLEMENT ADMINISTRATOR OF ANY CHANGE IN THE INFORMATION SET FORTH ABOVE.**

Unique Identifier: <<#####>>



05-CA8290
V3005 v.08 08.07.2018

1



## III.  THIRD PARTY FILER INFORMATION

Only complete this section if you selected "Third Party Filer" at the start of Section I. Please note: As a Third Party Filer, you are required to provide supporting documents demonstrating the authorization to file on behalf of the claimant. If no documentation is provided upon submission of this claim, the Settlement Administrator will request the documentation prior to completion of processing.

Filer Entity (if applicable):

Filer Contact Name:

Address 1:

Address 2:

City:                                                                    State:       ZIP Code:

Country:

Contact Person:

Contact Person E-Mail Address:

Contact Person Phone Number:

**PLEASE PROMPTLY NOTIFY THE SETTLEMENT ADMINISTRATOR OF ANY CHANGE IN THE INFORMATION SET FORTH ABOVE.**

## IV.  PURCHASES

On the attached Schedule of Purchases: General Worksheet, list the total amount of **direct** purchases of Instrument Panel Clusters in the United States from each company listed in the **"Eligibility"** section above for each year[1] during the period from January 1, 1998 to December 27, 2016. **The purchase amounts must be the net amounts paid after deducting any discounts, rebates, price reductions, taxes, or delivery and freight charges. Purchases from companies that are not listed above should <u>not</u> be included.**

When records are available to allow you to calculate and document the dollar amount of your purchases, you must base your purchase information on those records.

When records are not available, you may submit purchase information based on estimates. Estimates can be based on extrapolation from similar circumstances in analogous contexts in the same year (for which you have documentation), or extrapolation from the same or nearly the same circumstances, but in other years (for which you have documentation), or from reports of actual or estimated vehicle production and your records or estimates of the value of Instrument Panel Clusters content per vehicle. For example, if you have no records allowing you to calculate your purchases in 2004, you may calculate those purchases by using available records, dated as close to that year as possible (e.g., 2003 or 2005), adjusting for appropriate volume differences and any inflationary unit costs.

---

[1] For purchases during 2014 only, please separately list purchases made from January 1, 2014 through and including May 16, 2014, and purchases made from May 17, 2014 through and including December 31, 2014.

 Unique Identifier: <<#####>>



Please note that your claim is subject to audit by the Settlement Administrator and you may, at a later time, be required to provide copies of some or all of the underlying documentation supporting your claim. Therefore, please retain your documentation until this litigation has been concluded and the claims review process has been completed. If you submit your purchase information based on estimates, or sales data and trends, you may be required to explain how you calculated the estimated purchases, and you may be required to provide the documents you used as a basis for your estimates. You should retain those documents until this litigation has been concluded and the claims review process has been completed.

Here, provide a brief description of the documents (e.g., invoices, purchase journals, accounts payable journals, etc.) or estimation methods used to calculate your claimed purchases:

_____

_____

_____

_____

_____

_____

_____

_____

**FAILURE TO COMPLY WITH THE ABOVE INSTRUCTIONS REGARDING PURCHASES MAY RESULT IN A DELAY PROCESSING YOUR CLAIM.**

## V.   EXCLUSION FROM SETTLEMENT CLASS

Identify the Settlement Class(es), if any, **from which you excluded yourself**. If you have not excluded yourself from either Settlement Class, mark "None" and proceed to Section VI:

☐ Nippon Seiki

☐ Yazaki

☐ None

**Please note, this does not constitute a formal request for exclusion. In order to formally request exclusion, if you have not already done so, please refer to the instructions provided in the Notice of Hearing on Proposed Plan of Distribution of the Nippon Seiki and Yazaki Settlement Fund.**

## VI.   SUBSTITUTE FORM W-9 AND CERTIFICATION

Each claimant must provide the following tax information, required by the IRS. If the correct information is not provided, a portion of any payment that the claimant may be entitled to receive from the Settlement Fund may be withheld for tax purposes.

Claimant's federal taxpayer identification number is:

Employer Identification Number
(for corporations, trusts, etc.)

Social Security Number
(for individuals)

☐☐ – ☐☐☐☐☐☐☐      OR      ☐☐☐ – ☐☐ – ☐☐☐☐

Name of taxpayer whose identification number is written above:

First Name:
☐☐☐☐☐☐☐☐☐☐☐☐☐☐

MI:
☐

Last Name:
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Unique Identifier: <<#####>>



07-CA8290
V3007 v.08 08.07.2018

3

NSY

I certify that the above federal taxpayer identification number is correct, that the taxpayer is **NOT** subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code, that the taxpayer is a U.S. person or entity, and that the taxpayer is exempt from FATCA reporting.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the word **"NOT"** in the previous sentence. Instructions regarding IRS Form W-9 are available at the Internal Revenue Service website at http://www.irs.gov.

**THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.**

I, _____, declare under penalty of perjury that the information contained in this Claim Form is true and correct to the best of my knowledge and belief, that I am authorized to sign and submit this claim on behalf of the claimant, that the specific purchases of Instrument Panel Clusters listed were made by the claimant **directly** from the companies listed, that the claimant is a member of either the Nippon Seiki or Yazaki Settlement Class and has not requested exclusion from both the Nippon Seiki and the Yazaki Settlement Classes, that this claim is the only claim being submitted by the claimant, that the claimant does not know of any other claim being submitted for the same purchases, that the claimant has not transferred or assigned its claims, and that I have read the accompanying Instructions and the Notice of Hearing on Proposed Plan of Distribution of the Nippon Seiki and Yazaki Settlement Fund. Claimant submits to the exclusive jurisdiction of the United States District Court for the Eastern District of Michigan for the purpose of investigation or discovery (if necessary) with respect to this claim and any proceeding or dispute arising out of or relating to this claim. The filing of a false claim is a violation of the criminal laws of the United States and may subject the violator to criminal penalties.

Date:   [  ][  ] – [  ][  ] – [  ][  ][  ][  ]
         MM        DD         YYYY

_____
Signature

_____
Printed Name

_____
Title of position (If claimant is not an individual)



## SCHEDULE OF PURCHASES: GENERAL WORKSHEET

Please fill out the charts on both sides (front and back) of the Schedule of Purchases: General Worksheet, listing the products purchased and purchase totals for each Defendant and year of the Class Period (January 1, 1998 to December 27, 2016) in which you directly purchased Instrument Panel Clusters in the United States. **An electronic version of this worksheet is available for electronic submissions through the settlement website www.AutoPartsAntitrustLitigation.com/IPC.** If you have questions regarding the completion of the Schedule of Purchases, please contact the Settlement Administrator via email at Info@AutoPartsAntitrustLitigation-ipc.com, or by calling 1-800-574-2375.

| Year Purchased | Yazaki Defendants[2] | | Nippon Seiki Defendants[3] | | Denso Defendants[4] | | Continental Defendants[5] | |
|---|---|---|---|---|---|---|---|---|
| | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased |
| 1998 | | ($) | | ($) | | ($) | | ($) |
| 1999 | | ($) | | ($) | | ($) | | ($) |
| 2000 | | ($) | | ($) | | ($) | | ($) |
| 2001 | | ($) | | ($) | | ($) | | ($) |
| 2002 | | ($) | | ($) | | ($) | | ($) |
| 2003 | | ($) | | ($) | | ($) | | ($) |
| 2004 | | ($) | | ($) | | ($) | | ($) |
| 2005 | | ($) | | ($) | | ($) | | ($) |
| 2006 | | ($) | | ($) | | ($) | | ($) |

List the products purchased and dollar amount of **direct purchases** of Instrument Panel Clusters from each of the Defendants for each year during the class period. The purchase amounts must be the net amounts paid after deducting any discounts, rebates, taxes, delivery and freight charges. **INDIRECT PURCHASES ARE NOT ELIGIBLE.**

---

[2] Yazaki Corporation; and/or Yazaki North America, Inc.

[3] Nippon Seiki Co. Ltd.; N.S. International Ltd.; and/or New Sabina Industries, Inc.

[4] Denso Corporation; and/or Denso International America, Inc.

[5] Continental Automotive Electronics LLC; Continental Automotive Korea Ltd.; and/or Continental Automotive Systems, Inc.



<<MailID>>

Tracking Number: <<#####>>

| Year Purchased (cont.) | Yazaki Defendants | | Nippon Seiki Defendants | | Denso Defendants | | Continental Defendants | |
|---|---|---|---|---|---|---|---|---|
| | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased | Products Purchased | Amount Purchased |
| 2007 | | ($) | | ($) | | ($) | | ($) |
| 2008 | | ($) | | ($) | | ($) | | ($) |
| 2009 | | ($) | | ($) | | ($) | | ($) |
| 2010 | | ($) | | ($) | | ($) | | ($) |
| 2011 | | ($) | | ($) | | ($) | | ($) |
| 2012 | | ($) | | ($) | | ($) | | ($) |
| 2013 | | ($) | | ($) | | ($) | | ($) |
| 01/01/2014-05/16/2014[6] | | ($) | | ($) | | ($) | | ($) |
| 05/17/2014-12/31/2014 | | ($) | | ($) | | ($) | | ($) |
| 2015 | | ($) | | ($) | | ($) | | ($) |
| 2016 | | ($) | | ($) | | ($) | | ($) |
| TOTAL AMOUNT PURCHASED (Required) | | ($) | | ($) | | ($) | | ($) |

---

[6] For purchases during 2014, please separately list purchases made from January 1, 2014 through and including May 16, 2014, and purchases made from May 17, 2014 through and including December 31, 2014.


010-CA8290
V30010 v.08 08.07.2018



6

Unique Identifier: <<#####>>

# EXHIBIT B

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *Auto Parts - Instrument Panel Clusters*

I, Kathleen Komraus, hereby certify that

> (a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;
>
> (b) The Notice of which the annexed is a copy was published in the following publications on the following date:
>
> > *8.27.18 – Automotive News*
> > *8.27.18 – Wall Street Journal*

x _Kathleen Komraus_
**(Signature)**

_Media & Design Manager_
**(Title)**

# Automotive News

AUGUST 27, 2018 · Entire contents © 2018 Crain Communications Inc. All rights reserved. · $159/YEAR; $6/COPY



## WHEN HONDA MEETS BMW

Mass-market and luxury brands are increasingly pushing their lineups into each other's territory. **PAGES 24-25**

## California hands GM's dealer scoring another loss

### Rejection of RSI as grounds for termination follows N.Y. case

**Michael Wayland**
mwayland@crain.com

General Motors may have to reconsider the way it measures and enforces dealership sales effectiveness in the nation's largest vehicle market after a ruling that the company's system violates a state law.

California's New Motor Vehicle Board ruled Aug. 13 against GM's use of a benchmark called the retail sales index as grounds to terminate the franchise agreement of Folsom Chevrolet, a Sacramento-area dealership owned by Marshal Crossan.

The decision capped a long-running battle between Folsom and GM, which had concluded that Folsom failed to meet sales expectations and sought to revoke its franchise in late 2016.

Attorneys representing Folsom Chevrolet argued that GM's reliance on RSI was a violation because it failed to account for various market conditions, including brand preference, geography and demographics.

The decision follows a similar case in New York, where the state's highest court ruled in 2016, on

see **SCORING,** Page 37



## future product pipeline

**SIXTH IN A 10-PART SERIES**

Ford intends to create one of the industry's freshest lineups by dropping sedans, reviving the Ranger pickup, adding a pair of off-road utility vehicles and creating hybrid versions of its crossovers and SUVs. **PAGES 22-23**

## Ford aims to spread Mustang's DNA

### Lone survivor of brand's car cull takes on a bigger role

**Michael Martinez**
mdmartinez@crain.com

**D**ETROIT — After 10 million vehicles over 54 years, the Mustang remains one of the most vital nameplates in Ford Motor Co.'s stable.

It's Exhibit A for what the Ford brand wants to stand for: bold, emotional designs that elicit passion among its customers.

The rest of its cars lack that cachet, which is why, after the Fusion sedan dis-

appears from showrooms early next decade, the Mustang effectively will be Ford's last car standing as the brand shifts to a lineup dominated by pickups and utility vehicles.

Now, Ford is trying to re-create that Mustang magic in its crossover and SUV lineup. One vehicle in particular, a yet-to-be-named battery-electric crossover, was heavily inspired by the Mustang; Ford floated the name Mach

see **MUSTANG,** Page 33

## Could Tesla survive without Elon Musk?

### CEO is brash and erratic, but he's a force

**Edward Niedermeyer**
eniedermeyer@crain.com

With coverage of Tesla increasingly dominated by the personality and peccadilloes of CEO Elon Musk, a question that has long lurked around the edges of discourse on the company is becoming harder to ignore: What would happen if Musk was no longer Tesla's CEO?

For many investors, Tesla without

An automaker with an irreplaceable CEO such as Musk is a throwback.

Musk is like mornings without coffee: Why bother?

"Why would you invest in Tesla without Elon Musk?" asked Ross Gerber of wealth management firm Gerber Kawasaki, a vocal Tesla supporter and investor. "It doesn't make sense."

And yet, replacing Musk has become a hot topic in the past week, following an emotional and, at times, painful-to-read interview Musk gave *The New York Times* this month. The newspaper quoted sources saying the Tesla board, concerned in part about Musk's use of sedative Ambien and recreational drugs, is searching for a new No. 2 executive to take

some pressure off Musk. And that interview came after revelations that the U.S. Securities and Exchange Commission has been investigating Tesla for its disclosures around production problems and for Musk's tweet this month claiming the company had secured financing to go private.

see **TESLA,** Page 36



## Automotive News

### RETAIL FORUM: CHICAGO

*see pg. 32*

NEWSPAPER

# OPINION

*Automotive News* encourages industry leaders to address our readers directly.
To submit an opinion piece, email Print Editor Richard Johnson at rjohnson@crain.com.

# Protect promise of open-source code

You've heard the old joke about Bill Gates criticizing General Motors, noting that if the company had kept up with technology, then we would be driving $25 cars that got 1,000 miles to the gallon, or some such. And GM responds that if it took cars like Microsoft, then "for no reason at all, your car would crash twice a day."

Though the exchange never happened, it hints at the complex problem facing the auto industry today.

Cars have transformed from the buggies of Henry Ford's Model T into connected devices, streaming navigation, entertainment and other features through infotainment systems that vie to bring the capabilities of a smartphone, and more, to the dashboard.

The 2017 Autotrader Car Tech Impact Study is reported to have found that 53 percent of consumers expect their vehicles to offer the same level of technology as their phones, keeping them connected on the move.



**Rami Sass** is CEO of WhiteSource and an expert in open-source security and compliance.

However, manufacturers on their own are unable to produce enough software at scale and pace to keep up with demand.

A report from Visual Capitalist in 2017 showed that car software contains upward of 100 million lines of code. Only Google, with all of its services, was said to have more code

in its products.

Automakers know how to make cars that get commuters from A to B. But they have realized that they are not application developers. To help produce the mountain of code that will be required to produce apps that are a joy to use — and not like those GPS interfaces that are reminiscent of Windows 95 — a number of automakers, suppliers and technology firms have come together to share code with one another.

This is the promise of the open-source software movement, which turned 20 years old this year. The idea behind open source is to allow for developers to make use of the code written by others to build better software without the need to reinvent the wheel themselves every time or purchase commercial products.

## Building blocks

The ability to reuse software that is developed and maintained by the community has made open-source code the building blocks of the software industry, allowing developers to work faster and more efficiently by gaining important functions and features for their applications, and concentrating their efforts on the "special sauce" of their proprietary products.

Open-source software such as Linus Torvalds' Linux, which was released in 1991, gave developers over the past two decades the tools to build their products, driving the explosion of innovation that we have witnessed over the past 20 years. The code base of modern applications on the market today is between 60 percent to 80 percent open source. The World Wide Web, smartphones, applications on our PCs — all have benefited from the availability of open-source software that would likely have otherwise evolved at a snail's pace.

To its credit, and out of necessity, the auto industry has embraced this model. One important initiative is the Automotive Grade Linux project under the auspices of the Linux Foundation.

Their Unified Code Base platform has drawn members including Toyota, Honda, Mazda, Oracle, Amazon and many more.

Their goal is to help speed up the development of code for infotainment systems from the glacial 36- to 39-month release schedule, bringing the ecosystem under one roof where all can benefit. The initiative is already bearing fruit, with the 2018 Toyota Camry sporting a system built on AGL's platform.

While infotainment is the jumping-off point, the project hopes to expand to other areas of vehicle software, including connected cars, telematics, safety and even autonomous driving. However, before they hit the road with these more ambitious endeavors, the partners will have to buckle up and

see **SASS**, next page

**Simple, intelligent texting solutions.**

advantage tec.
Texting & Mobile Pay

Improving dealership productivity, efficiency and profits

---

LEGAL NOTICE

**IF YOU PURCHASED INSTRUMENT PANEL CLUSTERS IN THE UNITED STATES DIRECTLY FROM CONTINENTAL, DENSO, NIPPON SEIKI OR YAZAKI FROM JANUARY 1, 1998 THROUGH DECEMBER 27, 2016, YOUR LEGAL RIGHTS MAY BE AFFECTED BY PROCEEDINGS RELATED TO SETTLEMENTS WITH THE NIPPON SEIKI AND YAZAKI DEFENDANTS.**

Settlements totaling $7.75 million have been reached in *In re Automotive Parts Antitrust Litigation*, Master File No.12-md-02311, 2:12-cv-00201 (E.D. Mich.), with the Nippon Seiki and Yazaki Defendants (collectively, the "Settling Defendants").

**What is the lawsuit about?**  This class action is part of coordinated legal proceedings involving Instrument Panel Clusters purchased in the United States **directly** from a Defendant (as defined below).  These proceedings do not relate to, and have no effect upon, cases involving any other product.

For purposes of the settlements, "Instrument Panel Clusters" (also referred to as meters) means the mounted array of instruments and gauges housed in front of the driver of a motor vehicle.

You were previously notified of the existence of this class action, the nature of the Plaintiff's claims, and settlements with Defendants Nippon Seiki Co. Ltd., N.S. International Ltd., and New Sabina Industries, Inc. (collectively, "Nippon Seiki") in the amount of $5.25 million, and with Defendants Yazaki Corporation and Yazaki North America, Inc. (collectively, "Yazaki") in the amount of $2.5 million.  Those settlements, in the total amount of $7.75 million (the "Settlement Fund"), were previously approved by the Court in Orders dated December 4, 2014 and March 13, 2018, respectively.

**Who is included?**  The Court previously certified a Direct Purchaser Nippon Seiki Settlement Class (the "Nippon Seiki Settlement Class") and a Direct Purchaser Yazaki Settlement Class (the "Yazaki Settlement Class").

The Nippon Seiki Settlement Class is defined as follows:

All persons or entities (but excluding Defendants, their officers, directors and employees, as well as Defendants' parents, predecessors, successors, subsidiaries, and affiliates) who purchased Instrument Panel Clusters in the United States, its territories and possessions, directly from any Defendant, including Settling Defendants, or from any of their parents, predecessors, successors, subsidiaries, or affiliates, during the period from January 2001 up to and including May 16, 2014.

For purposes of the Nippon Seiki Settlement Class definition, the following are Defendants: Yazaki Corporation, Yazaki North America Inc., Nippon Seiki Co. Ltd., N.S. International, Ltd., New Sabina Industries, Inc., Denso Corporation, and Denso International America, Inc.

The Yazaki Settlement Class is defined as follows:

All direct purchasers of motor vehicle Instrument Panel Clusters in the United States directly from any of the Defendants (or their controlled subsidiaries, affiliates or joint ventures) from January 1, 1998 through December 27, 2016.

For purposes of the Yazaki Settlement Class definition, the following are Defendants: Yazaki Corporation; Yazaki North America, Inc.; Continental Automotive Electronics LLC; Continental Automotive Korea Ltd.; Continental Automotive Systems, Inc.; Denso Corporation; Denso International America, Inc.; Nippon Seiki Co., Ltd.; N.S. International Ltd.; and New Sabina Industries, Inc.

A Notice of Hearing and Claim Form (the "Notice") is mailed to Nippon Seiki and Yazaki Settlement Class members on or about August 16, 2018.  The Notice describes the proposed plan of distribution of the Nippon Seiki and Yazaki settlement proceeds and Settlement Class Counsel's requests for an award of attorneys' fees and expenses and an incentive payment to the Class Representative.  If you did not

receive the Notice, you may obtain a copy on the internet at www.AutoPartsAntitrustLitigation.com, or by calling or writing to any of the following Settlement Class Counsel:

Gregory P. Hansel
PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone: (207) 791-3000

Joseph C. Kohn
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 238-1700

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone: (224) 632-4500

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300

**Your rights may be affected.**  You were previously asked to decide whether you wanted to remain in the Nippon Seiki and Yazaki Settlement Classes.  With respect to each of those Settlement Classes, you are bound by whatever decision you previously made.

**If you remained a member of either of the Nippon Seiki or Yazaki Settlement Classes and you wish to share in the settlement proceeds attributable to that settlement, you must complete and timely return a Claim Form.  Any Claim Form submitted electronically must be submitted on or before November 28, 2018.  Any Claim Form submitted via mail must be postmarked on or before November 28, 2018.**  Any Settlement Class member who does not complete and submit a valid and timely Claim Form will not be entitled to share in any of the Settlement Fund proceeds.

If you remained a member of either of the Settlement Classes, you have the right to object to the proposed plan of distribution of the Settlement Fund, and to Settlement Class Counsel's requests for an award of attorneys' fees and litigation costs and expenses, and an incentive award to the Class Representative, by following the procedures set forth in the Notice.  Your objection must be **filed no later than October 5, 2018**.

The Court has scheduled a hearing on November 8, 2018, to consider whether to approve the proposed plan of distribution of the Settlement Fund, and Settlement Class Counsel's requests for an award of attorneys' fees and litigation costs and expenses and an incentive award for the Class Representative.  The hearing may be rescheduled without further notice to you.

If you believe you are a member of either the Nippon Seiki Settlement Class or the Yazaki Settlement Class, you are urged to obtain a copy of the Notice, which explains your rights.

If you have questions regarding the settlements you may contact any one of the Settlement Class Counsel identified above.  **Do not contact the Clerk of the Court or the Judge.**

Dated: August 27, 2018

BY ORDER OF:
Honorable Marianne O. Battani
The United States District Court for the Eastern
District of Michigan, Southern Division

Automotive News

**EDITORIAL**
313-446-0463

**Email** autonews@crain.com
**Website** autonews.com
1155 Gratiot Ave.
Detroit, MI 48207-2997

**Keith E. Crain**
Editor-in-Chief
**KC Crain**
Group Publisher
**Jason Stein**
Publisher
DETROIT
**Dave Versical,** Director, Editorial Operations
**Richard Johnson**
Editor, Automotive News - Print
**Mary Beth Vander Schaaf**
Managing Editor
NEWS EDITORS:
**Krishnan M. Anantharaman,
Sharon Silke Carty, Nick Bunkley
Hannah Lutz,** F&I Editor
**Omari Gardner,** News/Copy Editor
COPY EDITORS: **Amy Butters,
Tom Fetters, Elizabeth Hardy
Steve Massie**
Design Director
**Tim Good**
Graphics/Copy Editor
**Shiraz Ahmed**
Assistant Editor, Mobility
REPORTERS: **Vince Bond Jr.,
Melissa Burden, Jackie Charniga,
Michael Martinez, Richard Truett,
Larry P. Vellequette, Jack Walsworth,
Michael Wayland
Mary Raetz**
Director, Automotive News Data Center
**Heather Rowe**
Researcher
**Dan Jones,** Office Manager
**Kristen Pantalena,** Executive Assistant
ATLANTA
**Amy Wilson**/Retail Editor 678-732-9603
**Urvaksh Karkaria**/Reporter 904-422-5205
DALLAS
**Laurence Iliff**/Reporter 469-562-8228
NASHVILLE
**Lindsay Chappell**/News Editor 615-750-5990
PORTLAND, ORE.
**Edward Niedermeyer**/Reporter 541-520-5622
SHANGHAI
**Yang Jian**/China Correspondent
yangjian1026@gmail.com
TOKYO
**Hans Greimel**/Asia Editor hgreimel@crain.com
TURIN
**Luca Ciferri**/Europe Editor lciferri@crain.com
WASHINGTON
**Eric Kulisch**/Reporter 202-434-8717
autonews.com
**Philip Nussel**/Editor,
Automotive News Online
pnussel@crain.com
**David Phillips**/Managing Editor,
Automotive News Online
**Victor Galvan**/Web Editor
MANAGING TECHNOLOGY TV
**Tom Worobec**/Editor and Anchor
**Leslie J. Allen**/Managing Editor
**Jennifer Vuong**/Anchor and Producer,
First Shift
REPORTERS: **China Haley,
Angelina Czarnecki**

**ADVERTISING**

**Advertising** 313-446-6031
DETROIT
**Karen Rentschler**
Managing Director - Sales, Events
and Marketing
krentschler@crain.com
**Rob Couto, Mary Meyers,
Matt Parsons, Jerry Salame**
Regional Sales Managers
**Angela Schutte,** Classified Sales Manager
313-446-0326
LOS ANGELES
**Taren Zorn,** 310-426-2416
NEW YORK
**Henry Woodhouse,** 212-210-0125
**Scott Ghedine,** 212-210-0126
MARKETING
**Ellen Dennehy**
Director of Relationship Marketing
**Kathy Lightbody**
Director of Sales Operations
**Michele L. Trombley,** Art Director
CONFERENCES
**Libby Irwin,** Conference Director
**Shauna Vercher-Morrow**
Special Events Manager
DEVELOPMENT
**J Ferron,** Director of Strategic Development
PRODUCTION
**Terry Driscoll,** Production Manager

**SUBSCRIBER SERVICES**

customerservice@autonews.com
877-812-1584
**Julie Brown,** Audience Director
**Subscriptions (USD):**
U.S. $159 / Canada $239 / other $395.
Single copy sales: $6 /issue plus shipping.

*Automotive News is published by*
*Crain Communications Inc*
**Keith E. Crain,** Chairman
**Mary Kay Crain,** Vice Chairman
**KC Crain,** President
**Chris Crain**
Senior Executive Vice President
**Lexie Crain Armstrong,** Secretary
**Robert Recchia,** Chief Financial Officer
**G.D. Crain Jr.,** Founder (1885-1973)
**Mrs. G.D. Crain Jr.,** Chairman (1911-1996)


Alliance for Audited Media
MEMBER

## BUSINESS NEWS



The romantic comedy led the box office for a second weekend.

# 'Crazy Rich Asians' Continues Its Reign

*Associated Press*

NEW YORK—The opening weekend for "Crazy Rich Asians" was historic. Its second weekend was even more impressive.

The romantic-comedy sensation slid just 6% from its chart-topping debut to again lead the box office with $25 million in ticket sales, according to studio estimates on Sunday. Almost as many people turned out over the weekend for "Crazy Rich Asians" as they did for its opening Friday-to-Sunday bow—an unheard-of outcome for a non-holiday release. Drops of close to 50% are common for wide releases.

But propelled by enthusiastic reviews and an eagerness for a major Hollywood film led by Asian stars, "Crazy Rich Asians" is showing almost unprecedented legs. After open-

ing on its first weekend with $35.3 million from Wednesday to Sunday, and with $26.5 million for the second weekend, the Warner Bros. release—the first Hollywood studio movie in 25 years with an all-Asian cast—has already grossed $76.8 million.

The adaptation of Kevin Kwan's bestselling novel, starring Constance Wu and Henry Golding, was helped by weak competition. STX Entertainment's critically slammed R-rated puppet caper "The Happytime Murders" made its debut with $10.1 million, a career-low wide release for star Melissa McCarthy. The robot-dog fantasy "A.X.L.," from the beleaguered Global Road Entertainment, flopped with $2.9 million.

The talk of the weekend was the sustained success of "Crazy Rich Asians," which grossed approximately the same from one Saturday to the next.

### Estimated Box-Office Figures, Through Sunday

| FILM | DISTRIBUTOR | WEEKEND* | CUMULATIVE | % CHANGE |
|------|-------------|----------|-----------|----------|
| 1. Crazy Rich Asians | Warner Bros. | $25 | $76.8 | -6 |
| 2. The Meg | Warner Bros. | $13 | $105.3 | -38 |
| 3. The Happytime Murders | STX Entertainment | $10 | $10 | — |
| 4. Mission: Impossible—Fallout | Paramount | $8 | $193.9 | -26 |
| 5. Christopher Robin | Disney | $6.3 | $77.6 | -28 |

*Friday, Saturday and Sunday   Source: comScore

# EpiPen Wait Spurs Worries

### Patients feel effects of shortage more intensely amid peak back-to-school demand

By Joseph Walker

Parents are scrambling to find pharmacies carrying EpiPens for the new school year as regulators and the drug's manufacturer struggle to abate a continuing global shortage of the lifesaving device.

EpiPens, the emergency epinephrine treatment for allergic reactions, have been in short supply since at least May, when the U.S. Food and Drug Administration first declared a shortage. Some pharmacies around the country have been unable to restock the medication for weeks at a time because of the shortages.

A rival epinephrine injector product, a generic version of Adrenaclick made by Amneal Pharmaceuticals Inc., is also in short supply, according to the FDA. That product is manufactured at a different Pfizer plant in Kansas, where production delays have caused shortages since the first quarter of the year, an Amneal spokesman said.

The scarcity is being felt more acutely now amid the back-to-school rush of August and September when demand for the devices is highest. For parents of children with food allergies, refilling EpiPen prescriptions, which are typically for sets of two in case the first injection doesn't work, has become part of the annual back-to-school ritual.

Julie Cook has been unable to fill EpiPen prescriptions for her two teenagers since the beginning of August and is relying on a single unexpired set if one of them has an allergic reaction. When she called a Walgreens near her Wheaton, Ill., home a few days ago, the pharmacist said they may not have more until September.

On the first day of school last week, Ms. Cook split the unexpired EpiPen set and gave one injector each to her chil-



Julie Cook, center, has been unable to fill EpiPen prescriptions for her children Maddie and Josiah.

dren. As a backup, she also gave each an old, expired injector from among the dozen or so she keeps just in case.

"It's so frustrating," Ms. Cook said. "Why is this happening in August? What's going on? And what's going to happen in the future?"

EpiPens are sold by Mylan NV and manufactured at a Pfizer Inc.-owned plant in Brentwood, Mo. Pfizer has been unable to make enough EpiPens because it is changing its manufacturing processes in response to an FDA inspection last year that found several violations, including a failure to investigate serious complaints about product quality.

Pfizer said, "We are working tirelessly to increase production and expedite shipments as rapidly as possible."

Mylan referred questions about manufacturing delays to Pfizer. In a statement earlier this month, the company encouraged patients to call its customer service hotline for assistance in locating pharmacies with EpiPens in stock.

Rajiv Malik, Mylan's president, said on an earnings call with analysts earlier this

month that "Pfizer supplies to Mylan are inconsistent and inadequate in meeting global demand."

There are months where supply from Pfizer is good, and "then suddenly we get very erratic," and supply is 30% to 40% off expectations "because of the quality issues," Mr. Malik said, according to a transcript.

To help alleviate the effects of the shortage, the FDA on Tuesday extended the expiration date for certain EpiPen lots for an additional four months. The devices typically have a shelf life of 20 months, the agency said. The FDA has also been in touch with manufacturers of rival products to help ensure alternatives are available, the agency said.

Kaleo, the closely held maker of the Auvi-Q epinephrine injectors, has significantly increased manufacturing capacity to help meet demand in the U.S. and Canada due to the EpiPen shortage, said Kaleo CEO Spencer Williamson. Some 40% of all epinephrine injectors are purchased during the back-to-school season, he said.

However, some patients have said they are reluctant to use Auvi-Q because it isn't covered under their insurance or because it has a different mechanism that they and their children aren't used to.

Patient access to EpiPens has been a controversial issue since the summer of 2016, when parents looking to buy the devices for their school-age children complained they had to pay hundreds of dollars out of pocket to meet insurance deductibles. Congress began scrutinizing Mylan for raising the list price of EpiPen 548% over several years to about $608 for a set of two. Mylan later began selling its own generic version of EpiPen for $300.

Earlier this month, the FDA approved the first generic maker of the Auvi-Q epinephrine injectors, has significantly approved maker's agency said was part of an effort to inject more competition into the pharmaceutical industry and bring down prices. Teva Pharmaceutical Industries Ltd., which will market the generic version in the U.S., said the product would be launched in "coming months."

---

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

| CLASS ACTION | CLASS ACTION |
|---|---|

[Legal notices — UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, BENJAMIN MICHAEL MERRYMAN, et al. v. JPMORGAN CHASE BANK, N.A.; and NIPPON SEIKI and YAZAKI instrument panel clusters settlement notices]

| BUSINESS OPPORTUNITIES | BUSINESS OPPORTUNITIES | BUSINESS OPPORTUNITIES |
|---|---|---|



www.earn11.com
EARN ▲ 11%
INVESTING IN 1st MORTGAGES
Short Term, High Yield, Low LTV
Call 800-359-1111

Minney's Yacht Surplus is FOR SALE

MIDDLE MARKET M & A
CHAPMAN ASSOCIATES
Nationwide M & A since 1954